■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LATONYA MITCHELL, Appellant. [648 NYS2d 435] —Judgment, Supreme Court, New York County (Ira Beal, J.), rendered August 9, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing her, as a second felony offender, to concurrent terms of $4^{1}/_{2}$ to 9 years, unanimously affirmed.

Given defendant's lengthy criminal history, the trial court's *Sandoval* ruling struck an appropriate balance even though the prosecutor was permitted to elicit two drug-related felonies, including attempted criminal sale of a controlled substance, and several misdemeanors, without reference to the underlying facts (*People v Rahman*, 46 NY2d 882; *People v Couvertier*, 222 AD2d 239, *lv denied* 87 NY2d 971). Contrary to defendant's claim, her drug convictions had a direct bearing on her credibility (*People v Smith*, 217 AD2d 520, 522, citing *People v Lucas*, 160 AD2d 330, *lv denied* 76 NY2d 860). We have reviewed defendant's remaining claims and find them to be without merit. Concur—Sullivan, J. P., Ellerin, Ross, Williams and Andrias, JJ.